```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23304
    NARCRISSA A BERRY
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-2090
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/12/07 and confirmed on 02/13/08.

2. The case was dismissed after confirmation, 01/09/2009.

3. The Debtor paid a total of $  6720.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILL HOUSING DEVELOPMENT | CURRENT MORTG | .00 | .00 | .00 |
| ILL HOUSING DEVELOPMENT | MORTGAGE ARRE | 9504.17 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 100.00 | 5.04 | 12.47 |
| CHRYSLER FINANCIAL SVC A | SECURED VEHIC | 4271.46 | 1595.17 | 4271.46 |
| DELL FINANCIAL SERVICES | SECURED | 200.00 | 10.75 | 27.80 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| BMI FEDERAL CREDIT UNION | UNSECURED | 1564.92 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 928.46 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SRVS | UNSECURED | NOT FILED | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 295.09 | .00 | .00 |
| NATIONWIDE ACCEPTANCE | UNSECURED | 1342.20 | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1788.18 | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 2539.92 | .00 | .00 |
| UNITED STUDENT AID FUNDS | UNSECURED | 2642.74 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14075.63 | .00 | 11101.51 | .00 | 25177.14 |
| PRINCIPAL PAID | 4311.73 | .00 | .00 | .00 | 4311.73 |
| INTEREST PAID | 1610.96 | .00 | .00 | .00 | 1610.96 |

```
TOTAL PAID                  5922.69         .00          .00         .00     5922.69
```

The Debtor's attorney, CHANG & CARLIN                , was allowed $   3500.00
and was paid $     300.00   direct and $     413.42   through the plan.

The Trustee received $     383.89 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/12/09                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 07 B 23304 NARCRISSA A BERRY